UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ryan Jhagroo,

                Plaintiff,

-against-

Officer Brown (John Doe), et al,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/2020

1:16-cv-3426 (MKV) (SDA)

ORDER SCHEDULING
**SETTLEMENT CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Monday, April 8, 2020 at 10:00 a.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

At this conference, Judge Aaron will act as a mediator, attempting to help the parties reach agreement on terms of settlement. In addition, the date of this conference may be changed, if necessary, for any reason.

Defendants shall comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

The Clerk of the Court is instructed to mail this Order to pro se Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
             February 5, 2020

_____
STEWART D. AARON
United States Magistrate Judge