UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ryan Jhagroo,

                Plaintiff,

-against-

Officer Brown (John Doe), et al,

                Defendants.

1:16-cv-3426 (MKV) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

A conference to discuss settlement in this matter has been scheduled for Wednesday, April 8, 2020, from 10:00 a.m. until 1:00 p.m. Defendants' counsel shall promptly make the necessary arrangements with the Mohawk Correctional Facility for the participation of Plaintiff, Ryan Jhagroo, by telephone at a suitable place within the facility. If the scheduled time and date presents a hardship, Defendant's counsel or the Warden or the Warden's designee should promptly inform Chambers by filing a letter on the docket or by calling Courtroom Deputy Katherine Lopez at (212) 805-0274.

Plaintiff's Defendants' counsel is responsible for bringing Plaintiff's telephone number to Court at the scheduled date and time.

The Clerk of the Court is instructed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
              February 5, 2020

_____
STEWART D. AARON
United States Magistrate Judge