UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ryan Jhagroo,

                Plaintiff,

-against-

Officer Brown (John Doe), et al,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/23/2020

1:16-cv-3426 (MKV) (SDA)

ORDER ADJOURNING
SETTLEMENT CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

In view of the ongoing COVID-19 outbreak, and the fact that the Plaintiff is incarcerated at Mohawk Correctional Facility, the Court hereby adjourns the settlement conference scheduled for Monday, April 8, 2020 at 10:00 a.m. *sine die*. No later than April 30, 2020, defense counsel shall propose new dates for a settlement conference based upon when Plaintiff is anticipated to have access to a telephone to participate in a settlement conference.

Chambers will mail this Order to pro se Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
                March 23, 2020

_____
STEWART D. AARON
United States Magistrate Judge