UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ryan Jhagroo,

                                      **Plaintiff,**

        -against-

Officer Brown (John Doe), et al.,

                                      **Defendants.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2020

1:16-cv-03426 (MKV) (SDA)

**ORDER FOR LIMITED APPEARANCE OF PRO BONO COUNSEL**

**STEWART D. AARON, United States Magistrate Judge:**

       The Clerk of Court is directed to attempt to locate pro bono counsel to represent the plaintiff at a settlement conference to be conducted before the undersigned, which will be scheduled in June 2020 in accordance with ECF No. 111. If counsel is located, such counsel will represent the plaintiff solely for purposes of the settlement negotiations and that representation will terminate at the conclusion of the settlement process. Any limited assignment pro bono counsel shall both prepare for and participate in the settlement conference remotely. In addition, any consultations with Plaintiff shall be conducted remotely. If the Clerk of Court is unable to locate counsel, the plaintiff must appear without counsel at the settlement conference.

       Plaintiff shall note that there is no guarantee that pro bono counsel will be assigned, since counsel must volunteer to participate. If the plaintiff objects to this grant of pro bono counsel, the plaintiff must file an objection within 14 days of the date of this order. In the event the plaintiff files such an objection, this grant for pro bono counsel is vacated.

Any counsel that agrees to appear shall immediately file a Notice of Limited Appearance of Pro Bono Counsel.

Chambers will send a copy of this Order to *pro se* Plaintiff.

**SO ORDERED.**

DATED: New York, New York
May 5, 2020

_____
STEWART D. AARON
United States Magistrate Judge