```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ryan Jhagroo,

                 Plaintiff,

-against-

Officer Brown (John Doe), et al,

                 Defendants.

1:16-cv-3426 (MKV) (SDA)

ORDER SCHEDULING TELEPHONIC
SETTLEMENT CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

      A telephonic settlement conference is scheduled before Magistrate Judge Stewart Aaron on Tuesday, June 16, 2020 at 1:30 p.m. Mohawk Correctional Facility shall ensure for the participation of Plaintiff, Ryan Jhagroo, by telephone at a suitable place within the facility. If the scheduled time and date presents a hardship, Defendant's counsel or the Warden or the Warden's designee should promptly inform Chambers by filing a letter on the docket or by calling Courtroom Deputy Katherine Lopez at (212) 805-0274.

      The Court will provide dial-in information to Defense counsel by email before the conference, and he shall provide it to Mohawk Correctional Facility within an appropriate amount of time prior to the Conference.

      At this conference, Judge Aaron will act as a mediator, attempting to help the parties reach agreement on terms of settlement. In addition, the date of this conference may be changed, if necessary, for any reason.

      Pro se Plaintiff is reminded that this settlement conference will go forward even if the Clerk of Court is unable to locate limited appearance pro bono counsel to represent Plaintiff.

Defendants shall comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

Chambers will mail this Order to pro se Plaintiff.

**SO ORDERED.**

DATED:   New York, New York
         May 15, 2020

_____
STEWART D. AARON
United States Magistrate Judge