UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ryan Jhagroo,

                              Plaintiff,

-against-

Officer Brown (John Doe), et al,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/2020

1:16-cv-3426 (MKV) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of three letters from *pro se* Plaintiff, dated May 18, 22, and 24, 2020. (*See* ECF Nos. 116 - 118.) First, each of these letters were sent directly to my chambers, and *pro se* Plaintiff is admonished that in the future, any communications with the Court should be sent instead to the *Pro Se* Intake Unit located at 500 Pearl Street, Room 200, New York, NY 10007. A *pro se* party may not send any document or filing directly to Chambers.

In addition, *pro se* Plaintiff is reminded that a telephonic settlement conference is scheduled to take place before me on June 16, 2020. In the event that this case does not settle at the June 16th settlement conference, no later than June 23, 2020, Defendants shall respond to Plaintiff's letters. Specifically, Defendants shall respond to Plaintiff's requests, as follows:

1. for information about an internal affairs investigation (*see* 5/18/20 Ltr., ECF No. 116);
2. to amend his complaint (*see id*.);
3. to issue subpoenas (*see* 5/22/20 Ltr., ECF No. 117); and
4. for additional discovery. (*See* 5/24/20 Ltr., ECF No. 118.)

Chambers will mail this Order to pro se Plaintiff.

**SO ORDERED.**

DATED:     New York, New York
                June 1, 2020

                                                   _____
                                                   STEWART D. AARON
                                                   United States Magistrate Judge