UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RYAN JHAGROO,

                Plaintiff,

-against-

OFFICER BROWN (JOHN DOE) et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    3/3/2021

16-cv-3426 (MKV)

ORDER SCHEDULING TRIAL

MARY KAY VYSKOCIL, United States District Judge:

    Because of the Covid-19 pandemic, judges must request dates to schedule jury trials, and the Clerk's Office creates a schedule for each quarter. The Clerk's Office has informed the Court that the trial of this case has been allotted the dates June 15, 20201 through June 18, 2021. Accordingly, IT IS HEREBY ORDERED that the trial of this case will begin on June 15, 2021. IT IS FURTHER ORDERED that the parties shall consult Chief Judge McMahon's Second Amended Standing Order, dated February 16, 2021, regarding Restrictions to Entry to Courthouse, 21-mc-164. The parties must continue to monitor the SDNY website for new or amended standing orders and protocols for entry into the Courthouse and for the conduct of jury trials during the Covid-19 pandemic.

    If the parties reach a settlement, they must promptly file a joint letter informing the Court that they no longer intend to proceed to trial, so the Court can inform the Clerk's Office that the dates allotted for the trial of this case may be reassigned to another case awaiting trial.

**SO ORDERED.**

**Date: March 3, 2021**
       New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**