UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/9/2021___
```

RYAN JHAGROO,

                                    Plaintiff,

                   -against-

OFFICER BROWN (JOHN DOE) et al.,

                                    Defendants.

16-cv-3426 (MKV)

ORDER REGARDING
COMMUNICATIONS
WITH THE COURT

MARY KAY VYSKOCIL, United States District Judge:

The Court has received several letters that Plaintiff mailed directly to the Court.  Because

information in the letters appeared to be directed at Plaintiff's counsel, the Court sent copies of

his letters to his counsel via email, explained that the Court intended to docket the letters for the

completeness of the record in this case, and inquired whether counsel would seek leave to seal or

redact the letters.  The Court also urged Plaintiff's counsel to be in touch with Plaintiff.  In an

email to Chambers, Plaintiff's counsel stated that they did not object to filing the letters on the

public docket.  They also assured the Court that they would be in touch with Plaintiff and would

remind him not to communicate directly with the Court.  Nevertheless, Plaintiff sent the Court

yet another letter.

The Court is enclosing with this Order each of the letters it has received from Plaintiff to

date for docketing.  The Court reminds Plaintiff that, because the Court granted Plaintiff's

request to *pro bono* trial counsel [ECF #126], Plaintiff is now represented by counsel and must

not communicate directly with the Court.  Moreover, IT IS HEREBY ORDERED that the

parties, including Plaintiff personally, shall appear for a pretrial conference on April 9, 2021 at

11:30 AM.  The conference will be held by telephone.  To join, dial 888-278-0296.  When

prompted, enter Access Code 5195844.  IT IS FURTHER ORDERED that the Warden or other

officer in charge shall make Plaintiff available to participate in the telephone conference.

Plaintiff's counsel shall serve a copy of this Order on the Warden and arrange his appearance at

the scheduled time.

**SO ORDERED.**

**Date:   March 9, 2021**
      **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**

42. 02-26-1983

Flip
over
to
other
side.

RYAN JhagRoo
17R1739
(V.)

Send me A
copy BACK
d.A.

2·14·202

OFFICER'S BROWN S369
OFFICER. Hudson 9980
New york city d.o.c. N.y.c
United STATes of AMERICA "well"
dEAR, your Honor Hope, All IS, As for Me
I WUS AlMost "killed" AT COLLINS (c.f)
over My food I Would like you
TO Bring out (83.5) CAMERAS and
Recording central office SHould NO or
you should ?.?. any WAYS I Would like
this to Be Put on Record I would
also like for My Lawyer to contact
Me A.5.A.P All My ProPerty WUS
Thrown. In the gARBAGE By officer
HASSd, At Collins c.f. I wes Also
Sent to the Box Because of officer
ellsworth and the INMATE'S wHo Set Me UP
he IS Also gang RelAted to the (kings)
(A.d.R.) ?? I Would Also like to Let
YOu NO I WUS MistreATed At wende
c.f, StArved, assaulted By StAFF
and tAser By StAFF while IN hand
cuffs and shackles while wAlking BAck
to My cell. due to Me SPitting At A
O.M.H COUNSELOR who WUS torturing
me all of them. I want this InvestigAte flip

g
O
O
d
B
i
e
S
S
Y
O
U
At
t

By the U.S MARSHalls and F.B.I a.s. A.P.
I AM traumatized and scAred for MY life
I WUS Beaten uP and my CONSTitution
wus violated once Again, I AM sick and
fucking tired of This Shyt/foreal, foreal
If It's not the INMATe It's the correction
officer's I want to Bee in A mentAl health
Jail for Level ① that no My Pain and
Suffering I need therapy for all My
(I'll Ness) I wANt this Sent to My
Lawyer, I wrote A clAim Lawyer
and I AM seeking Styll 120 million dollar
for future expenses. I feel uncomterable
Around People All the time.

(P·S) CLAIM Attorney ✓

(P.S) My Blood          PERRY IAN tischeR, PC
         wus on            Attorney's foR Attantis
My LegAl work       Assets.
So They Threw it     38-39 Bell Blvd _Suite-203
out and I wus In     BAy side   NY   NY 11361.
#③ Cell At collins (c·f)

                  P·S I do not HAv9 no
                  property at the moment LAst
URGENT          Time I dont. ReAll I think It's At
                  collins or Robblene going on A
world tour       "world tour"due to My lawsuit
means             and he dealing with the system.
on the BUS       Tell My LAwyers to write me
STAR Bus         A·S·A·P or Set UP A LegAL
being passed      cAll
Around.

Plaintiff

RYAN jhagroo                                    2·17·21

                    v

Ⓑ. NYC doc

Brown and Hudson and the
United States of
America.

dEAr, to WHOM this MAY concern, happy
holidays. I would like AN UPdate on
        My CASE please hope
All IS well AS for Me I Almost
GOT killed while At collins C·f
over My food· Any WAY S please
have My lawyer contAct I
do Not have Any of My property
At All· due to Collins Loosing it All·


        P·S please get BAck to
        Me a·S·A·P·
        MR jhagroo·


I declAre under they penalty of
Per Jury the foregoing IS true and
correct· Amen· In god I trust ·ü

RECEIVED

MAR 02 2020

MARY KAY VYSKOCIL
U.S. DISTRICT JUDGE
S.D.N.Y

SOUTHERN district of New York.

I HAVE
A COPY. ①  Ryan Shagroo  of New York.     2·28·21:
17R1739

(P·S) 2          V.S              I HAVE No Property
                                  I AM Housed At
I Also Lost    C.O/Brown 5369 ⟩              @ Wende
All My Property C.O/Hudson 9980 ⟩ INDIVISUAL   (C·f)
AT Collins (cf) NYC DOC ←→ CAPACITY ←→ All employees,
Because It IS   INMATE'S and gang'S Involved.
CONTAMANATEd" I'Need elite LAWYER's Please and Respectfull → Level ①
with Blood:                                              NYS M. H
              dEAR, your HONOR! how ARE you! I Hope
All IS well AS foR things ARENt good AT
All I AM HAving A HARd time with
these FAKE LAWYERS The count you have Assigned to
MY CASE. I Also Signed A Retainer
ENGLISH I dont know why?? ARE ANY
Reason FoR them MAking Me signed them
foRMS I Need Better LAWYER'S WHO CAN
understand My CASE I AM level ① MentAl
HeAlth Now I WAS Almost beaten to
death at collins (c.f) oueR A (KOSHER)
Meal ARguing with the officeR foR. Also
PRIOR to thAT Incident the O.R·C
doing Rounds NuRse, L·O and Me had
words he went to 40 cell UPSTAIRS
And I dont know the Rest "I do
KNOW he IS A MEMBER of The Bloods
Set CAll "APES" becAuse I WAS IN 39 cell
PRIOR to this I WAS only IN (g.p) 60dAys
when I WAS Jumped By Know Blood gang
MEMBERS AgAin FoR No Reason AT All.

P·S Arnold And PoRteR Are not doing A good job The suck Millium HEAD AtHeist