USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/11/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
RYAN JHAGROO

                Plaintiff,

- against -

CORRECTION OFFICER BROWN and
CORRECTION OFFICER HUDSON,

                Defendants.
------------------------------------------------------x

No. 16-CV-3426 (MKV)

**ORDER**

Upon the application of Counsel for the Plaintiff Ryan Jhagroo:

**IT IS HEREBY ORDERED:** that (1) the Warden or other officer in charge of Marcy RMHU shall produce inmate Ryan Jhagroo, DIN # 17R1739, to speak with his counsel for legal discussion via telephone or video conference link on a regular basis (at least once a week), as requested by his counsel either in writing or by telephone with at least 48 hours' notice, and provide inmate Ryan Jhagroo, DIN # 17R1739, all the privileges and protections afforded to inmates during their communications with counsel during these calls; (2) that the Warden or other officer in charge of Marcy RMHU shall produce inmate Ryan Jhagroo, DIN # 17R1739, for trial and pre-trial proceedings in the above-captioned case which has been scheduled for June 14, 2021 through June 18, 2021.

**IT IS FURTHER ORDERED:** that upon his return to either Wende Correctional Facility or Collins Correctional Facility, or transfer to a different New York State Department of Corrections and Community Supervision facility, (1) the Warden or other officer in charge of the facility shall produce inmate Ryan Jhagroo, DIN # 17R1739, to speak with his counsel for legal discussion via telephone or video conference link on a regular basis (at least once a week), as

requested by his counsel either in writing or by telephone with at least 48 hours' notice, and provide inmate Ryan Jhagroo, DIN # 17R1739, all the privileges and protections afforded to inmates during their communications with counsel during these meetings; (2) that the Warden or other officer in charge of the facility shall produce inmate Ryan Jhagroo, DIN # 17R1739, for trial and pre-trial proceedings in the above-captioned case which has been scheduled for June 14, 2021 through June 18, 2021..

**SO ORDERED**

**Date: May 11, 2021**
**New York, New York**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**