UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2021
```

RYAN JHAGROO,

          Plaintiff,

-against-

OFFICER BROWN (JOHN DOE) et al.,

          Defendants.

16-cv-3426 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of a letter from the parties informing the Court that they have reached a settlement in principle [ECF #179]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by July 8, 2021. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). IT IS FURTHER ORDERED that the trial that was previously scheduled to take place and all other dates and deadlines are adjourned *sine die*.

**SO ORDERED.**

**Date: June 4, 2021**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**