UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
RYAN JHAGROO                                    :
                                                :
                Plaintiff,     :
                                                :   No. 16-CV-3426 (MKV)
      -against-                                :
                                                :
Correction Officer Brown and                    :
Correction Officer Hudson,                      :
                                                :   **ORDER**
                Defendants.    :
---------------------------------------------------------x

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 7/22/2021

Upon the application of Counsel for the Plaintiff Ryan Jhagroo:

**IT IS HEREBY ORDERED:** that (1) on or before Monday July 26, 2021, the Warden or other officer in charge of the Auburn Correctional Facility shall produce inmate Ryan Jhagroo, DIN # 17R1739, to speak with his counsel for a legal discussion via telephone, and provide inmate Ryan Jhagroo, DIN # 17R1739, all the privileges and protections afforded to inmates during their communications with counsel during this call; and (2) that the Warden or other officer in charge of the Auburn Correctional Facility shall produce inmate Ryan Jhagroo, DIN # 17R1739, for meetings with his counsel and his retained expert on a regular basis, via video conference link or via telephone, as requested by his counsel either in writing or by telephone with at least 48 hours' notice, and provide inmate Ryan Jhagroo, DIN # 17R1739, all the privileges and protections afforded to inmates during their communications with counsel during these meetings.

**SO ORDERED**

Dated: July 22, 2021
      New York, New York

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**